UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEREK A. HEYLIGER,

                                Plaintiff,

   -v-                                         9:17-CV-912
                                                    (DNH/CFH)

ANDREW CYMBRAK, in his individual capacity as Correctional Officer, Clinton Correctional Facility, formerly known as A. Cymbrak; CHRISTOPHER LAGREE, in his individual capacity as Correctional Officer, Clinton Correctional Facility, formerly known as C. Lagree; KYLE GUYNUP, in his individual capacity as Correctional Officer, Clinton Correctional Facility, formerly known as Kile Guynup; A. MUSSEN, in his individual capacity as Correctional Officer, Clinton Correctional Facility; KEVIN WILCOX, in his individual capacity as Correctional Officer, Clinton Correctional Facility, formerly known as K. Wilcox; LIAM MAHONEY, in his individual capacity as Correctional Officer, Clinton Correctional Facility, formerly known as L. Maloney; WILLIAM PERRY, in his individual capacity as Correctional Officer, Clinton Correctional Facility; LAFOUNTAIN, in his individual capacity as Correctional Officer, Clinton Correctional Facility; ANTHONY ANNUCCI, in his individual capacity as DOCCS CORC Acting Commissioner of Corrections; KAREN BELLAMY, in her individual capacity as DOCCS CORC Director Inmate Grievance Program; CATHERINE LEAHY SCOTT, in her individual capacity as New York State Inspector General; CHARLES SIMPSON, in his individual capacity as DOCCS CORC Inmate Grievance Coordinator; JASON EFFMAN, in his individual capacity as DOCCS CORC Inmate Grievance Program Coordinator; and REBECCA LOREN, in her individual capacity as DOCCS CORC Inmate Grievance Program Coordinator,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| DEREK A. HEYLIGER<br>Plaintiff, Pro Se<br>12-B-0269<br>Sing Sing Correctional Facility<br>354 Hunter Street<br>Ossining, NY 10562 | |
| HON. LETITIA JAMES<br>Attorney General for the State of New York<br>Attorney for Defendant<br>The Capitol<br>Albany, NY 12224 | WILLIAM A. SCOTT, ESQ.<br>Ass't Attorney General |

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Pro se plaintiff Derek A. Heyliger brought this civil rights action pursuant to 42 U.S.C. § 1983. On December 16, 2019, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion for partial summary judgment be granted and that plaintiff's cross-motion for partial summary judgment be denied. Magistrate Judge Hummel further recommended that, pursuant to plaintiff's stipulation, several claims also be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for partial summary judgment is GRANTED;

2. Plaintiff's Eighth Amendment conditions of confinement claim against defendant Lafountain regarding his food is DISMISSED;

3. Plaintiff's cross-motion for partial summary judgment is DENIED;

4. Pursuant to plaintiff's stipulations, the following claims are DISMISSED with prejudice: (1) plaintiff's First Amendment retaliation claims against defendants Cymbrak, Guynup, Lafountain, Lagree, Mahoney, Mussen, Perry, and Wilcox insofar as those claims are based on the alleged October 28, 2015 assault; (2) all claims against defendants Annucci, Bellamy, Effman, Loren, Simpson, and Leahy Scott; and (3) plaintiff's excessive force claims against defendants Mahoney and Lafountain;

5. The action is terminated as to defendants Annucci, Bellamy, Effman, Loren, Simpson, and Leahy Scott;

6. The following claims remain for trial: (1) plaintiff's Eighth Amendment excessive force claims against defendants Cymbrak, Guynup, Lagree, Mussen, Wilcox, and Perry based on an alleged October 28, 2015 use of force; (2) plaintiff's racial discrimination claim against defendant Lagree relating to the October 28, 2015 incident; and (3) plaintiff's First Amendment retaliation claim against defendant Lafountain alleging food tampering, destruction of property, and falsification of property transfer documents; and

7. Trial is tentatively scheduled for July 20, 2020 at 9:30 a.m. in Utica, New York. Pre-trial submissions are due on or before July 6, 2020;

8. The parties are directed to advise the Court on or before April 1, 2020 whether or not a consent to a jury trial before Magistrate Judge Hummel pursuant to 28 U.S.C. § 636(c) will be executed based on his familiarity with the case; and

9. Plaintiff's prior motion for the appointment of counsel is considered renewed and the Clerk is directed to appoint plaintiff pro bono trial counsel.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 11, 2020
        Utica, New York.